# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0640

VERSUS

CLARENCE SNEEZE                                      **AUGUST 12, 2022**

---

In Re:   Clarence Sneeze, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 623,506.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** The record reflects that the district court amended relator's sentences, imposed a separate term of imprisonment at hard labor on each count, and expressly directed that all three sentences be served consecutively. Therefore, the district court did not err by denying relator's motion to correct an illegal sentence.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw_
DEPUTY CLERK OF COURT
    FOR THE COURT